UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GAYLON LEE THIEFAULT,<br><br>Defendant. | Case No.: CR 91-248 RSM<br>CR 01-1282 TSZ<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

A probation revocation hearing on supervised release violations was held before the undersigned Magistrate Judge on June 29, 2007. The United States was represented by Assistant United States Attorney Douglas Whalley, and the defendant by Mr. Michael Nance. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about July 1, 1993, on a charge of rape by the Honorable Walter T. McGovern. The defendant was sentenced to 84 months in custody followed by five years of supervised release.

The defendant had also been convicted and sentenced in the District of Oregon, cause number CR 95-71-01, for conspiracy to possess and distribute marijuana. Following his sentence, he was placed on supervised release for two years. His supervision was transferred to the Western District of Washington in CR 01-128 Z.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

01       On January 25, 2001, a warrant was issued for the alleged violation of his conditions of
02  supervision. In the Petition for Warrant, U.S. Probation Officer Scott Henderson asserted the
03  following violation by defendant:
04       (1)    Committing the crime of rape in the second degree in Snohomish County on or
05  about January 23, 2001, in violation of the general condition that he not commit a federal, state
06  or local crime.
07       At a hearing on June 29, 2007, the government moved to amend the petition to state the
08  charge as:
09       (1)    Committing the crime of attempted second degree rape in violation of RCW
10  9A.44.050(1)(a) and 9A.28.020 in Snohomish County on or about January 23, 2001, in violation
11  of the general condition that he not commit a federal, state or local crime.
12       The defendant admitted to the violation as amended, and waived any evidentiary hearing
13  as to whether it occurred.
14       I therefore recommend that the Court find the defendant violated his supervised release
15  on CR 91-248 RSM and 01-128Z, and that these matters be consolidated before the Honorable
16  Ricardo S. Martinez. A disposition hearing is scheduled before the Honorable Ricardo S.
17  Martinez for July 9, 2007 at 10 a.m.
18       Pending a final determination by the Court, the defendant has been detained.
19       DATED this 29th day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         The Hon. Ricardo S. Martinez
      AUSA:                   Mr. Douglas Whalley
      Defendant's attorney:   Mr. Michael Nance
      Probation officer:      Ms. Andrea Porter

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2