Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Nos. CR91-0248 RSM |
| Plaintiff, | ) | CR01-0128 RSM |
| | ) | |
| v. | ) | ORDER DIRECTING FULL CREDIT |
| | ) | TOWARD SERVICE OF OUTSTANDING |
| GAYLON THIEFAULT, | ) | SENTENCE AND FOR WITHDRAWAL |
| | ) | OF FEDERAL DETAINER |
| Defendant. | ) | |
| | ) | |

The court, having considered the Unopposed Defense Motion for Full Credit Toward Service of Outstanding Sentence and for Withdrawal of Federal Detainer, and good cause having been shown, orders as follows:

Full credit is accorded the defendant toward service of the 37-month sentence imposed on these cause numbers. Any federal detainers lodged on the basis of this sentence should be withdrawn forthwith. Any further supervision under these causes is terminated.

Ordered this 23rd day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney